**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAIME HERNANDEZ, | ) | Case No. 5:18-cv-02263-R-SHK |
| Plaintiff(s), | ) | |
| | ) | **ORDER OF DISMISSAL BY LACK OF PROSECUTION AND FOR FAILURE TO COMPLY WITH THE COURT'S ORDER RE: NOTICE TO COUNSEL** |
| v. | ) | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) | |
| Defendant(s). | ) | |

Plaintiff was ordered to show cause in writing by not later than **July 5, 2019** why this action should not be dismissed for failure to submit a Joint Report of Early Meeting as ordered in the Court's Order Re: Notice to Counsel;

WHEREAS, this period has elapsed without any action by plaintiff.

The Court hereby DISMISSES the instant case for lack of prosecution and for failure to comply with this Court's Order Re: Notice to Counsel.

Dated: July 18, 2019

*/s/ Gary Klausner*
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE